UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL G. SCHROEDER,

      Plaintiff,

v.

            Case No. 11-14778
            Hon. Gerald E. Rosen
            Magistrate Judge Michael J. Hluchaniuk

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     March 29, 2013

PRESENT:  Honorable Gerald E. Rosen
                    Chief Judge, United States District Court

    On March 1, 2013, Magistrate Judge Michael J. Hluchaniuk issued a Report and Recommendation ("R & R") recommending that the Court grant Plaintiff Michael G. Schroeder's motion for summary judgment, deny the Defendant Commissioner of Social Security's motion for summary judgment, and remand this matter to the Defendant Commissioner for further proceedings. No objections have been filed to the R & R. Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's March 1, 2013 Report and Recommendation (docket #23) is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's July 24, 2012 motion for summary judgment (docket #17) is GRANTED, and that Defendant's August 13, 2012 motion for summary judgment (docket #18) is DENIED. In accordance with these rulings, this case will be remanded to the Defendant Commissioner for further proceedings consistent with the Magistrate Judge's R & R.

                     s/Gerald E. Rosen
                      Chief Judge, United States District Court

Dated: March 29, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 29, 2013, by electronic and/or ordinary mail.

                      s/Julie Owens
                      Case Manager, (313) 234-5135