UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL G. SCHROEDER,

       Plaintiff,

v.

       Case No. 11-14778
       Hon. Gerald E. Rosen
       Magistrate Judge Michael J. Hluchaniuk

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## JUDGMENT OF REMAND

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    March 29, 2013

PRESENT:   Honorable Gerald E. Rosen
                    Chief Judge, United States District Court

The Court having this day entered an order adopting the Magistrate Judge's report and recommendation and granting Plaintiff's motion for summary judgment,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, REMANDED to the Defendant Commissioner for further administrative proceedings consistent with the Magistrate Judge's report and recommendation.

                    s/Gerald E. Rosen
                    Chief Judge, United States District Court

Dated:  March 29, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 29, 2013, by electronic and/or ordinary mail.

                    s/Julie Owens
                    Case Manager, (313) 234-5135